IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| **TREVIS TYRELL SISTRUNK,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| VS. | : | |
| | : | CIVIL No: 4:21-CV-00087-CDL-MSH |
| **S.G. MITCHELL, et al.,** | : | |
| | : | PROCEEDINGS UNDER 42 U.S.C. §1983 |
| **Defendant** | : | BEFORE THE U. S. MAGISTRATE JUDGE |

### ORDER

*Pro se* Plaintiff Trevis Tyrell Sistrunk, a pre-trial detainee at Muscogee County Jail in Columbus, Georgia, has filed a civil rights complaint under 42 U.S.C. § 1983. ECF No. 1. Plaintiff has also filed a motion for leave to proceed *in forma pauperis*. ECF No. 2. A review of the Court's records reveals that the above-captioned claim is encompassed by another claim filed by this Plaintiff. *See Sistrunk v. Countryman,* 4:21-cv-00069-CDL-MSH. In both claims, the Plaintiff is complaining about his dental care at the Muscogee County jail. *Compare* ECF No. 1 at 4-5 *with* ECF No. 5 at 4, 6-7 in 4:21-cv-00069-CDL-MSH.

"As part of its general power to administer its docket, a district court may stay or dismiss a suit that is duplicative" of another active case. *Curtis v. Citibank*, 226 F.3d 133, 138 (2d Cir. 2000). "[A] suit is duplicative … if the parties, issues, and available relief do not significantly differ between the two actions." *IA. Durbin, Inc. v. Jefferson Nat'l Bank*, 793 F.2d 1541, 1551 (11th Cir. 1986). Because the pleadings in these cases allege the

same failure to treat Plaintiff's toothache and mistreatment at the hands of the dental treatment team, the present action is **DISMISSED** as duplicative. If Plaintiff wishes to pursue his lack of dental care claim then he should file the necessary documents related to that claim in *Sistrunk v. Countryman,* 4:21-cv-00069-CDL-MSH and show that case number on his pleadings.

**SO ORDERED**, this **14th** day of **September, 2021**.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE